## TRUSTEES SYSTEM COMPANY OF LOUISVILLE v. CLEMENT et al.

Court of Appeals of Kentucky.

(Decided March 24, 1933.)

WILSON W. WYATT for movant.

REUBEN RUTHENBURG, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.